IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STEPHEN T. DOWDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0677-CV-W-GAF |
| ) | |
| HONEYWELL FM&T, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice.

Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: December 13, 2005